UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DERRICK SCOTT (#126372) | CIVIL ACTION |
| VERSUS | |
| OFFICER HANEY, ET AL. | NO. 12-439-JJB-DLD |

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 10, 2012 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915 and 1915A.

Baton Rouge, Louisiana, December 17, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA